UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL COSTELLO,

                        Plaintiff,

            v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA,

                   Defendant.

Case No.   C20-277RSM

ORDER OF DISMISSAL

      The Court having received notice that pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(ii) the parties stipulate that this action be dismissed with prejudice and without an
award of fees or costs to any party, and it appearing that no issue remains for the Court's
determination,

      IT IS ORDERED that this action and all claims asserted herein are DISMISSED with
prejudice and without costs to any party.

      IT IS SO ORDERED this 18th of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE